

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-352-CV

STEVE PAULSEN D/B/A                                    APPELLANTS
STEVE PAULSEN PROPERTIES;
STEVE PAULSEN PROPERTIES, LTD.;
AND STEVE PAULSEN PROPERTY
MANAGEMENT, L.L.C. AND NATIONAL
CITY MORTGAGE COMPANY

V.

CAROLYN A. ADAMS                                      APPELLEE

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants Steve Paulsen d/b/a Steve Paulsen Properties; Steve Paulsen Properties, Ltd.; and Steve Paulsen Property Management, L.L.C.'s Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellants Steve

---

[1] *See* Tex. R. App. P. 47.4.

Paulsen d/b/a Steve Paulsen Properties, Steve Paulsen Properties, Ltd., and Steve Paulsen Property Management, L.L.C.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).  This case shall hereafter be styled "National City Mortgage Company v. Carolyn Adams."

Costs of this appeal incurred by appellants Steve Paulsen d/b/a Steve Paulsen Properties, Steve Paulsen Properties, Ltd., and Steve Paulsen Property Management, L.L.C. shall be taxed against Steve Paulsen d/b/a Steve Paulsen Properties, Steve Paulsen Properties, Ltd., and Steve Paulsen Property Management, L.L.C. , for which let execution issue.

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  February 5, 2009